1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW J. BRIGGS (CABN 294224)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3703
7      FAX: (510) 637-3724
       andrew.briggs@usdoj.gov
8

9  Attorneys for the United States of America

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,          ) CASE NO. CR 19-471 HSG
                                        )
14 |     Plaintiff,                     ) STIPULATION TO EXCLUDE TIME FROM MAY
                                        ) 4, 2020 THROUGH JUNE 15, 2020 AND
15 |     v.                             ) [PROPOSED] ORDER
                                        )
16 | RINGO BUFFIN,                      )
           a/k/a Richard Nelson,        )
17         a/k/a Richard Nelon,         )
           a/k/a Arthur White,          )
18         a/k/a Richard Buffin,        )
           a/k/a Buffin Ringo,          )
19         a/k/a Richard Lee Nelson,    )
           a/k/a Raymond Buffin,        )
20         a/k/a Robert Lee Buffin,     )
           a/k/a Larry Duffin,          )
21         a/k/a Eric Jackson,          )
           a/k/a Lamar Buffin,          )
22         a/k/a Ringo Lee Buffin,      )
           a/k/a Ringo Lamar Buffin,    )
23                                      )
         Defendant.                     )
24                                      )

25     It is hereby stipulated by and between counsel for the United States and counsel for the

26 defendant that time be excluded under the Speedy Trial Act from May 4, 2020 through June 15, 2020.

27 The parties stipulate and agree that time be excluded under the Speedy Trial Act so that the parties can

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 19-471 HSG

comply with the mandates of General Order 72, and so that defense counsel can continue to prepare, including by reviewing a proposed plea agreement with the defendant.  Further, the parties stipulate and agree that in light of the public health concerns outlined in General Order 72, the ends of justice served by excluding time through June 15, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: April 28, 2020
/s/
CHARLES WOODSON
Attorney for RINGO BUFFIN


Dated: April 28, 2020
/s/
ANDREW J. BRIGGS
Special Assistant United States Attorney
Attorney for the United States

**(PROPOSED) ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 4, 2020 through June 15, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that, in light of the public health concerns outlined in General Order 72, the ends of justice served by excluding the time from May 4, 2020 to June 15, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 4, 2020 through June 15, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/29/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 19-471 HSG